UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1751 (JMR)

| | | |
|---|---|---|
| David P. Walsh | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| United States of America | ) | |

Mr. Walsh appeals the Order, dated March 29, 2001, by the Honorable Gregory F. Kishel, United States Chief Bankruptcy Judge. Specifically, Mr. Walsh appeals the determination that his liability for tax, interest, and penalty for the years 1988 and 1989 is not discharged in his Chapter 7 bankruptcy proceeding

Based upon de novo review, the Court affirms the Bankruptcy Judge's decision. Accordingly, IT IS ORDERED that:

Mr. Walsh's obligations to the government for personal income taxes for the tax years 1988 and 1989 are excepted from the discharge Mr. Walsh received in BKY 97-33916, by operation of 11 U.S.C. § 523(a)(1)(B)(i).

Dated: March 22nd, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

MAR 25 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED MAR 2
DEPUTY CLERK'S INITIALS ______

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.